Henderson, Judge,
 

 delivered the opinion of the Court.
 

 It is unnecessary to decide the question so much discussed at the bar, whether the Defendant, Pearce, had such an interest in the negro as cousd he sold by
 
 fieri fiadas,
 
 for we aro of opinion that the sale is void, on the ground, that the
 
 whole
 
 of Defendant’s interest in the property held by hi"» mother for life, was put up by the sheriff and sold at sine túne, and even without pointing out what the property consisted of j such sale, was unfair as tending to lesson the price, to give one bidder who might have a knowledge of the property, an advantage over the rest, and to encourage speculation. The law which constitutes the sheriff the agent of the parties, without their consent, will see that he acts
 
 fairly;
 
 and it is upon this principle, fhat it is necessary for the sheriff to seize the property and have it ready to deliver to the purchaser, when from its nature, it is capable of seizure. The Court would not be understood to say, tiiat where property consisted of a variety of small articles, each article should be sold separately, or to sell separately where it is usual for the owners to sell in the gross: for instance, hogs in parcels, a flock of geese, or sheep, or other things, where it is customary for the owners of them to sell in such manner. — Nor would a sale be invalidated, ■where there might be difference of opinion as to the com-
 
 *113
 
 moa or proper ttiodc? it must appear
 
 palpably
 
 wrong- — n«> man would adventure here,' unless he had a knowledge which it was not to be supposed others possessed,, or wan a moro speculator, .
 

 Let the. bilí be dismissed wish cost.